# ELECTRONIC RECORD

COA #   03-11-00428-CR          OFFENSE:   30.02F2

STYLE:   Dromico Andree Washington
a/k/a Andrew Washington a/k/a
Dromico Andrew Washington, Sr.
v. The State of Texas          COUNTY:   Bell

COA DISPOSITION:   AFFIRMED ON REMAND          TRIAL COURT:   426th District Court

DATE: 08/06/14          Publish: NO   TC CASE #:   66578


# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Dromico Andree Washington a/k/a
Andrew Washington a/k/a Dromico
Andrew Washington, Sr. v. The State
of Texas          CCA #:   1134-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ___01/14/2015___          SIGNED: _____   PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____   DNP: _____


-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____


**ELECTRONIC RECORD**